# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Urban Air Initiative, Inc., et al.

**v.** Environmental Protection Agency

**Case No:** 19-1161

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

### Counsel Information

Lead Counsel: Perry M. Rosen

Direct Phone: ( 202 ) 353-7792  Fax: ( 202 ) 514-8865  Email: perry.rosen@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: United States Dept. of Justice, Environment & Natural Resources Division

Firm Address: P.O. Box 7611, Washington, DC 20044

Firm Phone: ( 202 ) 353-7792  Fax: ( ___ ) ___-___  Email: perry.rosen@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)