## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| URBAN AIR INITIATIVE, ET AL., *Petitioners*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, *Respondent*. | No. 19-1161 (and No. 20-1004) |

## NOTICE OF WITHDRAWAL OF ADAM R.F. GUSTAFSON

Please take notice that Adam R.F. Gustafson hereby withdraws his appearance as counsel for Petitioners Urban Air Initiative, Inc.; The Farmers' Educational & Cooperative Union of America, d/b/a National Farmers Union; Farmers Union Enterprises, Inc.; Big River Resources, LLC; Glacial Lakes Energy, LLC; Clean Fuels Development Coalition; Fagen, Inc.; Jackson Express, Inc.; Jump Start Stores, Inc.; Little Sioux Corn Processors, LLC; and South Dakota Farmers Union. As of March 30, 2020, Adam R.F. Gustafson will no longer be with Boyden Gray & Associates PLLC. Petitioners remain represented by James R. Conde, whose appearance has already been entered in this matter.

Dated: March 27, 2020

/s/ Adam R.F. Gustafson
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620
gustafson@boydengrayassociates.com