# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| URBAN AIR INITIATIVE, et al, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 19-1161 |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Saurabh Sanghvi, counsel for Intervenor Growth Energy, respectfully notify the Court that I have resigned from the firm Wilmer Cutler Pickering Hale and Dorr LLP, effective May 12, 2020. I therefore withdraw as counsel in this case. Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent Growth Energy.

.

Respectfully submitted,

/s/ Saurabh Sanghvi
SAURABH SANGHVI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (fax)
saurabh.sanghvi@wilmerhale.com

*Counsel for Growth Energy*

May 12, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Saurabh Sanghvi
SAURABH SANGHVI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (fax)
saurabh.sanghvi@wilmerhale.com