# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

URBAN AIR INITIATIVE, et al.,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Respondents.

Case No. 19-1161

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Brian M. Boynton, counsel for Intervenor Growth Energy, respectfully notify the Court that I will be resigning from the firm Wilmer Cutler Pickering Hale and Dorr LLP, effective January 19, 2021. I therefore withdraw as counsel in this case. Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent Growth Energy.

Dated: January 19, 2021                Respectfully submitted,

/s/ *Brian M. Boynton*
Brian M. Boynton
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6044
Fax: (202) 663-6363
Brian.boynton@wilmerhale.com

*Counsel for Growth Energy*

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Brian M. Boynton*
Brian M. Boynton