# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| URBAN AIR INITIATIVE, et al., *Petitioners*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, *Respondent*. | Nos. 19-1161, 20-1004, 20-1501, 21-1044, & 21-1046 (Consolidated) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Jordan E. Smith hereby appears as retained counsel for Petitioners Urban Air Initiative, Inc.; The Farmers' Educational & Cooperative Union of America, d/b/a National Farmers Union; Farmers Union Enterprises, Inc.; Big River Resources, LLC; Glacial Lakes Energy, LLC; Clean Fuels Development Coalition; Fagen, Inc.; Jackson Express, Inc.; Jump Start Stores, Inc.; Little Sioux Corn Processors, LLC; and South Dakota Farmers Union.

Dated: July 28, 2021

/s/ Jordan E. Smith
BOYDEN GRAY & ASSOCIATES PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0624
smith@boydengrayassociates.com