# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | No. 19-1161<br>(and Nos. 20-1004, 20-1501, 21-1044 and 21-1046) |

## NOTICE OF WITHDRAWAL OF JAMES R. CONDE

Please take notice that James R. Conde hereby withdraws his appearance as counsel for Petitioners Urban Air Initiative, Inc.; The Farmers' Educational & Cooperative Union of America, d/b/a National Farmers Union; Farmers Union Enterprises, Inc.; Big River Resources, LLC; Glacial Lakes Energy, LLC; Clean Fuels Development Coalition; Fagen, Inc.; Jackson Express, Inc.; Jump Start Stores, Inc.; Little Sioux Corn Processors, LLC; and South Dakota Farmers Union. As of August 20, 2021, James R. Conde will no longer be associated with Boyden Gray & Associates PLLC. Petitioners remain represented by Jonathan Berry, whose appearance has already been entered in this matter.

Dated: August 10, 2021         /s/ James R. Conde
                               BOYDEN GRAY & ASSOCIATES PLLC
                               801 17th Street NW, Suite 350
                               Washington, DC 20006
                               202-955-0620
                               conde@boydengrayassociates.com