# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MAGELLAN MIDSTREAM PARTNERS, L.P.; MAGELLAN PIPELINE COMPANY, L.P., *Petitioners*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency, *Respondents*. | No. 21-1044 |

## NOTICE OF WITHDRAWAL OF JOSHUA S. JOHNSON

Please take notice that Joshua S. Johnson hereby withdraws his appearance as counsel for Petitioners Magellan Midstream Partners, L.P. and Magellan Pipeline Company, L.P. As of March 25, 2022, Mr. Johnson will no longer be associated with Vinson & Elkins LLP. Petitioners remain represented by Matthew X. Etchemendy and James T. Dawson of Vinson & Elkins.

Dated: March 23, 2022                Respectfully submitted,

                                     */s/ Joshua S. Johnson*
                                     Joshua S. Johnson
                                     VINSON & ELKINS LLP
                                     2200 Pennsylvania Avenue, NW
                                     Suite 500 West
                                     Washington, D.C. 20037
                                     Phone: 202.639.6623
                                     Facsimile: 202.879.8934
                                     Email: joshjohnson@velaw.com

                                     *Counsel for Petitioners*
                                     *Magellan Midstream Partners, L.P. and*
                                     *Magellan Pipeline Company, L.P.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on March 23, 2022.

All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Joshua S. Johnson
Joshua S. Johnson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6623
Facsimile: 202.879.8934
Email: joshjohnson@velaw.com

*Counsel for Petitioners
Magellan Midstream Partners, L.P. and
Magellan Pipeline Company, L.P.*