# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| URBAN AIR INITIATIVE, INC., et al.<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | Nos. 19-1161, 20-1004, 20-1501, 21-1044, & 21-1046<br>(Consolidated) |

## **STATUS REPORT**

Respondent Environmental Protection Agency's ("EPA") reports the status of this action as follows:

1. Petitioner Urban Air Initiative, Inc., and its co-petitioners (collectively "UAI Petitioners") filed their Petition for Review in Case No. 19-1162 challenging, *inter alia*, EPA's conclusion that fuel blends containing more than 15% but less than 50% ethanol by volume are regulated "gasoline."

2. On January 8, 2020, the Court severed this challenge from the rest of Case No. 19-1162, assigned it new Case No. 20-1004, and consolidated that case with Case No. 19-1161, which raises similar issues, collectively referred to herein as the "E16-E50 Challenge." Doc. 1823237 ("Jan. 8, 2020 Order").

3. Because UAI Petitioners had on August 9, 2019, filed with EPA an administrative petition for reconsideration related to E16-E50 ("Administrative Petition"), the Court's Order held the E16-E50 Challenge in abeyance and directed EPA to issue reports every ninety (90) days, updating the Court and parties on the status of its reconsideration process. *Id*.

4. On December 15, 2020, UAI filed a petition for review of an EPA Rule titled "Fuels Regulatory Streamlining," 85 Fed. Reg. 234 (Dec. 20, 2020) ("Streamlining Rule"), which raises issues similar to those raised in the E16-E50 Challenge. Case No. 20-1501. Petitions for Review challenging the same Rule were thereafter filed by Magellan Midstream Partners, et al. (Case No. 21-1044) and American Petroleum Institute (Case No. 21-1046). On February 4, 2021, the Court issued an Order consolidating these three challenges to the Streamlining Rule with the existing consolidated actions and held them in abeyance in accordance with the abeyance order set out at paragraph 3 above. Doc. 1883694.

5. UAI Petitioners' Administrative Petition asks EPA to address, among other things, whether "E16-E50 blends are regulated 'gasoline' for purposes of fuel and fuel additive rules" and whether "retailers that sell E16-E50 blends are subject to the fuel registration rules …." EPA has in the past generally considered the issues raised by UAI Petitioners in the Administrative Petition, issuing a proposed rule in 2016 that noted that "E16–50 blends are currently subject to all of the

requirements that apply to gasoline" and proposing "exempting E16-50 blends that are used in FFVs [flexible fuel vehicles] from the designation for gasoline." 81 Fed. Reg. 80,828, 80,842 (Nov. 16, 2016). *See also, id*. at 80,841-43.

6. Notwithstanding its past consideration of a related issue, EPA is considering the Administrative Petition on its own merits. EPA is reviewing the Administrative Petition, as its competing administrative requirements and priorities allow, and will determine how to respond. Accordingly, this case should remain in abeyance. EPA will provide its next status report in ninety (90) days, unless in the interim it completes all agency proceedings, whereupon it will file a Motion to Govern Further Proceedings in accordance with the Court's Jan. 8, 2020 Order.

Respectfully submitted,

DATE: June 16, 2025

Of Counsel:

STACEY SIMONE GARFINKLE
WINIFRED OKOYE
Air and Radiation Law Office
Office of General Counsel
U.S. Environmental Protection Agency
Tel: (202) 564-3103
garfinkle.stacey@epa.gov
okoye.winifred@epa.gov

*/s/ Alexander M. Purpuro*
ALEXANDER M. PURPURO
United States Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044
Tel: (202) 514-9771
Fax: (202) 514-8865
Alexander.Purpuro@usdoj.gov

Counsel for Respondent EPA

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said Motion to the attorneys of record, who have registered with the Court's CM/ECF system.

Date: June 16, 2025                              */s/ Alexander M. Purpuro*
                                                 Alexander M. Purpuro
                                                 Counsel for Respondent EPA