IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Urban Air Initiative, Inc., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. Environmental Protection Agency, <br><br> *Respondent*. | Case Nos. 19-1161, 19-1962, 20-1004, 20-1501 (consolidated) |

## **NOTICE OF ENTRY OF APPEARANCE**

Please take notice that James R. Wedeking hereby appears as retained counsel for Petitioners Urban Air Initiative, Inc.; The Farmers' Educational & Cooperative Union of America, d/b/a National Farmers Union; Farmers Union Enterprises, Inc.; Big River Resources, LLC; Glacial Lakes Energy, LLC; Clean Fuels Development Coalition; Fagen, Inc.; Jackson Express, Inc.; Jump Start Stores, Inc.; Little Sioux Corn Processors, LLC; and South Dakota Farmers Union.

Dated: August 7, 2025

/s/ James R. Wedeking
BOYDEN GRAY PLLC
800 Connecticut Ave., NW, Suite 900
Washington, DC 20006
(202) 955-6017 (telephone)
(202) 955-0621 (fax)
jwedeking@boydengray.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Notice of Entry of Appearance through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

/s/ James R. Wedeking

BOYDEN GRAY PLLC
800 Connecticut Ave., NW, Suite 900
Washington, DC 20006
(202) 955-6017 (telephone)
(202) 955-0621 (fax)
jwedeking@boydengray.com

Dated: August 7, 2025