IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Urban Air Initiative, Inc., *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. Environmental Protection Agency,<br><br>*Respondent*. | Case Nos. 19-1161, 19-1962, 20-1004, 20-1501 (consolidated) |

## NOTICE OF WITHDRAWAL OF JONATHAN BERRY

Please take notice that Jonathan Berry hereby withdraws his appearance as counsel for Petitioners Urban Air Initiative, Inc.; The Farmers' Educational & Cooperative Union of America, d/b/a National Farmers Union; Farmers Union Enterprises, Inc.; Big River Resources, LLC; Glacial Lakes Energy, LLC; Clean Fuels Development Coalition; Fagen, Inc.; Jackson Express, Inc.; Jump Start Stores, Inc.; Little Sioux Corn Processors, LLC; and South Dakota Farmers Union. Petitioners remain represented by James R. Wedeking, whose appearance has already been entered in this matter.

Dated: August 7, 2025

/s/ Jonathan Berry

BOYDEN GRAY PLLC
800 Connecticut Ave., NW, Suite 900
Washington, DC 20006
(202) 955-0620 (telephone)
(202) 955-0621 (fax)
jberry@boydengray.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Notice of Entry of Appearance through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

/s/ Jonathan Berry

BOYDEN GRAY PLLC
800 Connecticut Ave., NW, Suite 900
Washington, DC 20006
(202) 955-0620 (telephone)
(202) 955-0621 (fax)
jberry@boydengray.com

Dated: August 7, 2025